STATE OF CONNECTICUT *v.* LORNE ACQUIN

The state's motion to dismiss the defendant's appeal of the order by the Superior Court in the judicial district of Waterbury directing him to submit to the withdrawal of blood from his body is denied by the court.

*Francis M. McDonald,* state's attorney, for the appellee (state).

*John R. Williams,* for the appellant (defendant).

Argued January 3—decided January 3, 1978

THOMAS MELILLO *v.* JULIAN A. SPIRO ET AL.

The plaintiff's motion to dismiss the appeal by the defendants Dialtone Corporation et al. from the Superior Court in Fairfield County is granted by the court.

*William W. Sullivan,* for the appellee (plaintiff).

*Robert M. Axelrod,* for the appellants (defendants Dialtone Corporation and Whitton Corporation).